# EXHIBIT B

No. **GLA** 194 00 11RA
GLA 945 70 58RA
RENEWAL OF NUMBER

# NATIONAL UNION
# FIRE INSURANCE COMPANY
## OF PITTSBURGH, PA.

### A CAPITAL STOCK COMPANY

### 70 PINE STREET, NEW YORK, N. Y. 10270



**DECLARATIONS**

**Item 1.** Named Insured and Address: (No., Street, Town or City, County, State)

Griffith Laboratories, Inc.
12200 S. Central Ave.
Alsip, IL  60658

Alexander & Alexander, Inc.
130 E. Randolph Drive
Chicago, IL   60601

**Item 2.** Policy Period: (Mo. Day Yr.)
From  September 30, 1984  to  September 30, 1985
12:01 A.M., standard time at the address of the named insured as stated herein.

The named insured is:

☐ Individual   ☐ Partnership   ☒ Corporation   ☐ Joint Venture   ☐ Other: _____

Business of the named insured is: (ENTER BELOW)   Audit Period: Annual, unless otherwise stated. (ENTER BELOW)
Mfg. & Blender of Food Additives & Food Products

**Item 3.** The insurance afforded is only with respect to the Coverage Part(s) indicated below by specific premium charge(s) and attached to and forming a part of this policy.

| Advance Premiums | Coverage Part No(s). | Coverage Part(s) | Advance Premiums | Coverage Part No(s). | Coverage Part(s) |
|---|---|---|---|---|---|
| $ | | Automobile Medical Payments Insurance | $ | | Hospital Professional Liability Insurance |
| $ | | Automobile Physical Damage Insurance (Dealers) | $ | | Manufacturers' and Contractors' Liability Insurance |
| $ | | Automobile Physical Damage Insurance (Fleet Automatic) | $ | | Owner's and Contractor's Protective Liability Insurance |
| $ | | Automobile Physical Damage Insurance (Non-Fleet) | $ | | Owners', Landlords' and Tenants' Liability Insurance |
| $ | | Basic Automobile Liability Insurance | $ | | Personal Injury Liability Insurance |
| $ | | Completed Operations and Products Liability Insurance | $ | | Physicians', Surgeons' and Dentists' Professional Liability Insurance |
| $ | | Comprehensive Automobile Liability Insurance | $ | | Premises Medical Payments Insurance |
| $ 46,188 | L6394a | Comprehensive General Liability Insurance | $ | | Special Protective and Highway Liability Insurance New York Department of Transportation |
| $ | | Comprehensive Personal Insurance | | | |
| $ | | Contractual Liability Insurance | $ | | Storekeeper's Insurance |
| $ | | Druggists' Liability Insurance | $ | | Uninsured Motorists Insurance |
| $ | | Elevator Collision Insurance | $ | | |
| $ | | Farm Employers' Liability and Farm Employees' Medical Payments Insurance | | | |
| $ | | Farmer's Comprehensive Personal Insurance | | | |
| $ | | Farmer's Medical Payments Insurance | $ | | |
| $ | | Garage Insurance | | | |
| | | | | | Form numbers of endorsements, other than those entered on Coverage Part(s), attached at issue |
| $ | | | | | |
| $ 46,188 | | Total Advance Premium for this policy. | | | |

* If the Policy Period is more than one year and the premium is to be paid in installments, premium is payable on:

Effective Date   1st Anniversary   2nd Anniversary
$                 $                 $

**Item 4.** During the past three years no insurer has cancelled insurance, issued to the named insured, similar to that afforded hereunder, unless otherwise stated herein:

May 6, 1985   JMCF

Countersigned: _____

*Not applicable in Texas

28321 (1/80)                    Ptd. In U.S.A.

By _____   _James A. Fowler_
                     Authorized Representative

# NATIONAL UNION FIRE INSURANCE COMPANY
## OF PITTSBURGH, PA.
### (A stock insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the named insured as follows:

## DEFINITIONS

When used in this policy (including endorsements forming a part hereof):

**"automobile"** means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include **mobile equipment;**

**"bodily injury"** means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

**"collapse hazard"** includes "structural property damage" as defined herein and **property damage** to any other property at any time resulting therefrom. "Structural property damage" means the collapse of or structural injury to any building or structure due to (1) grading of land, excavating, borrowing, filling, back-filling, tunnelling, pile driving, cofferdam work or caisson work or (2) moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof. The collapse hazard does not include **property damage** (1) arising out of operations performed for the named insured by independent contractors, or (2) included within the **completed operations hazard** or the **underground property damage hazard,** or (3) for which liability is assumed by the insured under an incidental contract;

**"completed operations hazard"** includes **bodily injury** and **property damage** arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the **bodily injury** or **property damage** occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the named insured. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the named insured under the contract have been completed,

(2) when all operations to be performed by or on behalf of the named insured at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The **completed operations hazard** does not include **bodily injury** or **property damage** arising out of

(a) operations in connection with the transportation of property, unless the **bodily injury** or **property damage** arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the company's manual specifies "including completed operations";

**"elevator"** means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an **automobile** servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

**"explosion hazard"** includes **property damage** arising out of blasting or explosion. The **explosion hazard** does not include **property damage** (1) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) arising out of operations performed for the **named insured** by independent contractors, or (3) included within the **com-**

pleted operations hazard or the underground property damage hazard, or (4) for which liability is assumed by the insured under an **incidental contract;**

**"incidental contract"** means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a railroad, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) side-track agreement, or (5) elevator maintenance agreement;

**"insured"** means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each insured against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

**"mobile equipment"** means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the named insured, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

**"named insured"** means the person or organization named in Item 1. of the declarations of this policy;

**"named insured's products"** means goods or products manufactured, sold, handled or distributed by the **named insured** or by others trading under his name, including any container thereof (other than a vehicle), but **"named insured's products"** shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

**"occurrence"** means an accident, including continuous or repeated exposure to conditions, which results in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the **insured;**

**"policy territory"** means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the **bodily injury** or **property damage** does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to damages because of **bodily injury** or **property damage** arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such damages is brought within such territory;

**"products hazard"** includes **bodily injury** and **property damage** arising out of the **named insured's products** or reliance upon a representation or warranty made at any time with respect thereto, but only if the **bodily injury** or **property damage** occurs away from premises owned by or rented to the **named insured** and after physical possession of such products has been relinquished to others;

**"property damage"** means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an occurrence during the policy period;

**"underground property damage hazard"** includes underground property damage as defined herein and **property damage** to any other property at any time resulting therefrom. "Underground property damage" means **property damage** to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving. The underground property damage hazard does not include property damage (1) arising out of operations performed for the **named insured** by independent contractors, or (2) included within the **completed operations hazard,** or (3) for which liability is assumed by the insured under an **incidental contract.**

## SUPPLEMENTARY PAYMENTS

The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the **insured** in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required

of the **insured** because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the **insured** for first aid to others at the time of an accident, for **bodily injury** to which this policy applies;

(d) reasonable expenses incurred by the **insured** at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

Attach Coverage Part(s) and Endorsement(s) (If Any) Here

## CONDITIONS

**1. Premium:** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the named insured, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the named insured the unearned portion paid by the named insured.

The named insured shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

**2. Inspection and Audit:** The company shall be permitted but not obligated to inspect the named insured's property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the named insured or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The company may examine and audit the named insured's books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

**3. Financial Responsibility Laws:** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for bodily injury liability or for property damage liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

**4. Insured's Duties in the Event of Occurrence, Claim or Suit:**

(a) In the event of an occurrence, written notice containing particulars sufficient to identify the insured and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the insured to the company or any of its authorized agents as soon as practicable.

(b) If claim is made or suit is brought against the insured, the insured shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c) The insured shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the insured because of injury or damage with respect to which insurance is afforded under this policy; and the insured shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

**5. Action Against Company:** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the insured's obligation to pay shall have been finally determined either by judgment against the insured after actual trial or by written agreement of the insured, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the insured to determine the insured's liability, nor shall the company be impleaded by the insured or his legal representative. Bankruptcy or insolvency of the insured or of the insured's estate shall not relieve the company of any of its obligations hereunder.

**6. Other Insurance:** The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the insured has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

(a) **Contribution by Equal Shares.** If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

(b) **Contribution by Limits.** If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

**7. Subrogation:** In the event of any payment under this policy, the company shall be subrogated to all the insured's rights of recovery therefor against any person or organization and the insured shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The insured shall do nothing after loss to prejudice such rights.

**8. Changes:** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

**9. Assignment:** Assignment of interest under this policy shall not bind the company until its consent is endorsed hereon; if, however, the named insured shall die, such insurance as is afforded by this policy shall apply (1) to the named insured's legal representative, as the named insured, but only while acting within the scope of his duties as such, and (2) with respect to the property of the named insured, to the person having proper temporary custody thereof, as insured, but only until the appointment and qualification of the legal representative.

**10. Three Year Policy:** If this policy is issued for a period of three years any limit of the company's liability stated in this policy as "aggregate" shall apply separately to each consecutive annual period thereof.

**11. Cancellation:** This policy may be cancelled by the named insured by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be cancelled by the company by mailing to the named insured at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the named insured or by the company shall be equivalent to mailing.

If the named insured cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

**12. Declarations:** By acceptance of this policy, the named insured agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

IN WITNESS WHEREOF, the **National Union Fire Insurance Company** has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.

Marion E. Fazin  Secretary

President

This endorsement modifies the provisions of the policy relating to ALL AUTOMOBILE LIABILITY, GENERAL LIABILITY AND MEDICAL PAYMENTS INSURANCE OTHER THAN COMPREHENSIVE PERSONAL AND FARMER'S COMPREHENSIVE PERSONAL INSURANCE.

## *Nuclear Energy Liability Exclusion Endorsement--Broad Form*

It is agreed that:

I. The policy does not apply:

A. Under any Liability Coverage, to **bodily injury** or **property damage**

(1) with respect to which an **insured** under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) resulting from the **hazardous properties** of **nuclear material** and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to **bodily injury** resulting from the **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

C. Under any Liability Coverage, to **bodily injury** or **property damage** resulting from the **hazardous properties** of **nuclear material**, if

(1) the **nuclear material** (a) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured** or (b) has been discharged or dispersed therefrom;

(2) the **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an **insured**; or

(3) the **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to **property damage** to such **nuclear facility** and any **property** thereat.

II. As used in this endorsement:

"**hazardous properties**" include radioactive, toxic or explosive properties;

"**nuclear material**" means **source material**, **special nuclear material** or **byproduct material**;

"**source material**", "**special nuclear material**", and "**byproduct material**" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"**spent fuel**" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**;

"**waste**" means any material

(a) containing **by-product material** other than the tailings or **wastes** produced by the extraction or concentration or uranium or thorium from any ore processed primarily for its **source material** content, and

(b) resulting from the operation by any person or organization of any **nuclear facility** included under the first two paragraphs of the definition of **nuclear facility**;

"**nuclear facility**" means

(a) any **nuclear reactor**,

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing **spent fuel**, or (3) handling, processing or packaging **waste**,

(c) any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste**,

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"**nuclear reactor**" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"**property damage**" includes all forms of radioactive contamination of property.

**NEW YORK**—It is agreed that the provisions of the "Nuclear Energy Liability Exclusion Endorsement— Broad Form", printed above, do not apply in New York with respect to any Automobile Bodily Injury Liability and Automobile Property Damage Liability coverage afforded by this policy.

COVERAGE PART        **ELEVATOR COLLISION INSURANCE**        L 9282
(Ed. 1-73)

For attachment to Policy No. **GLA 194 OO 11RA**, to complete said policy.

### SCHEDULE

The insurance afforded is only with respect to the following Coverage as indicated by specific premium charge. The limit of the company's liability against such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.    See Endt.

| Coverage | #1 | Limits of Liability |
|---|---|---|
| Q — Elevator Collision | | thousand dollars each elevator collision |

| Designation of Elevators | Number of Elevators | Rate per Elevator | Premium |
|---|---|---|---|
| | | $ | $ |
| Included in Composite Rate Endorsement | | | |

| Form numbers of endorsements attached at issue | $ |
|---|---|
| | Total Premium   $ Included |

### I. COVERAGE Q—ELEVATOR COLLISION

The company will pay for **loss**
(1) to any **elevator** designated in the schedule for this insurance, or
(2) to any other property owned, occupied or used by, or rented to, or in the care, custody or control of the **named insured** or as to which the **named insured** is for any purpose exercising physical control,
caused by an **elevator collision**.

#### Exclusions

This insurance does not apply to any **loss**:
(a) caused by an **elevator collision** arising out of fire or caused by fire arising out of an **elevator collision**;
(b) caused by an **elevator collision** arising out of the breaking, burning out or disrupting of any electrical machine not located within the car of the **elevator**;
(c) due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing;
(d) with respect to which insurance is afforded by the policy under the Property Damage Liability Coverage or the Contractual Property Damage Liability Coverage.

### II. LIMITS OF LIABILITY

The limit of the company's liability for all **loss** as the result of any one accident shall not exceed the limit of liability stated in the schedule as applicable to "each elevator collision", nor what it would cost at the time of **loss** to repair or replace the property with other of like kind and quality. The company may pay for the **loss** in money or may repair or replace the property and may settle any claim for **loss** of property either with the **named insured** or the owner thereof. Any property so paid for or replaced shall, at the option of the company, become the property of the company. The above limit of liability applies separately to each **elevator** designated in the declaration or schedule for this insurance.

### III. ADDITIONAL DEFINITIONS

"**elevator collision**" means the collision of any part of an **elevator** designated in the schedule for this insurance, or of anything carried thereon, with another part of such **elevator** or with another object;

"**loss**" means direct and accidental injury or destruction.

### IV. APPLICATION OF INSURANCE

This insurance applies only to collisions which occur during the policy period.

### V. NAMED INSURED'S DUTIES WHEN LOSS OCCURS; ACTION AGAINST COMPANY

The conditions of the policy designated "Insured's Duties in the Event of Occurrence, Claim or Suit" and "Action Against Company" are replaced by the following:

#### 4. Named Insured's Duties When Loss Occurs

Upon knowledge of **loss** which may give rise to a claim for **loss**, the named insured shall:
(a) give notice thereof as soon as practicable to the company or any of its authorized agents, and
(b) file detailed proof of loss, duly sworn to, with the company within 60 days after the occurrence of **loss**.

Upon the company's request, the named insured and every claimant hereunder shall submit to examination by the company, subscribe to the same, under oath if required, and produce for the company's examination all pertinent records, at such reasonable times and places as the company shall designate, and shall cooperate with the company in all matters pertaining to **loss** or claims with respect thereto.

The named insured shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense. The company agrees to reimburse the named insured for any expense incurred at its request.

#### 5. Action Against Company

No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all the terms of this policy nor until 60 days after the required proofs of **loss** have been filed with the company, nor at all unless commenced within two years from the date when the named insured has first knowledge of the loss. If any limitation of time for notice of **loss** or any legal proceeding herein contained is shorter than that permitted to be fixed by agreement under any statute controlling the construction of this insurance, the shortest permissible statutory limitation of time shall govern and shall supersede the time limitation herein stated.

### VI. APPRAISAL

If the named insured and the company fail to agree as to the amount of loss, each shall, on the written demand of either made within 60 days after receipt of proof of **loss** by the company, select a competent and disinterested appraiser, and the appraisal shall be made at a reasonable time and place. The appraisers shall first select a competent and disinterested umpire, and failing for fifteen days to agree upon such umpire, on the request of the named insured or the company such umpire shall be selected by a judge of a court of record in the county and state in which the appraisal is pending. The appraisers shall then appraise the loss, stating separately the actual cash value at time of loss and the amount of the loss, and failing to agree shall submit their differences to the umpire. An award in writing by the umpire and any or both appraisers, or by both appraisers, shall determine the amount of loss. The named insured and the company shall each pay his or its chosen appraiser and shall bear equally the expenses of the umpire and the other expenses of appraisal.

The company shall not be held to have waived any of its rights by any act relating to appraisal.

---

### AMENDED DEFINITION

It is agreed that when used in reference to this insurance "**elevator**" means any hoisting or lowering device to connect floors or landings, whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery, or any hydraulic or mechanical hoist used for raising or lowering **automobiles** for lubricating and servicing or for dumping material from trucks; but does not include a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclusively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet.



(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

| LIABILITY | GL 04 04 (Ed. 05 81) | L 6111 (Ed. 5-81) |
|---|---|---|

## BROAD FORM COMPREHENSIVE GENERAL LIABILITY ENDORSEMENT

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

This endorsement, effective **September 30, 1984**
(12:01 A. M., standard time) , forms a part of policy No. **GLA 194 00 11 RA**

issued to **Griffith Laboratories, Inc.**

by **National Union Fire Insurance Company of Pittsburgh, Pa.**

*James A. Fowler*
**Authorized Representative**

### SCHEDULE

**Personal Injury and Advertising Injury Liability**
Aggregate Limit shall be the per occurrence bodily injury liability limit unless otherwise indicated herein.
Limit of Liability $_____ Aggregate

**Limit of Liability—Premises Medical Payments Coverage:**
$1,000 each person, unless otherwise indicated herein $_____ each person.

**Limit of Liability—Fire Legal Liability Coverage:**
$50,000 per occurrence unless otherwise indicated herein: $_____ per occurrence.

| Advance Premium | Premium Basis |
|---|---|
| $ | _____ % OF THE TOTAL COMPREHENSIVE GENERAL LIABILITY BODILY INJURY AND PROPERTY DAMAGE PREMIUM AS OTHERWISE DETERMINED |
| $ | MINIMUM PREMIUM |

**I. CONTRACTUAL LIABILITY COVERAGE**

(A) The definition of incidental contract is extended to include any oral or written contract or agreement relating to the conduct of the named insured's business.

(B) The insurance afforded with respect to liability assumed under an incidental contract is subject to the following additional exclusions:

(1) to bodily injury or property damage for which the insured has assumed liability under any incidental contract, if such injury or damage occurred prior to the execution of the incidental contract;

(2) if the insured is an architect, engineer or surveyor, to bodily injury or property damage arising out of the rendering of or the failure to render professional services by such insured, including

(a) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, and

(b) supervisory, inspection or engineering services;

(3) if the indemnitee of the insured is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of

(a) the preparation or approval of or the failure to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or

(b) the giving of or the failure to give directions or instructions by the indemnitee, his agents or employees, provided such giving or failure to give is the primary cause of the bodily injury or property damage;

(4) to any obligation for which the insured may be held liable in an action on a contract by a third party beneficiary for bodily injury or property damage arising out of a project for a public authority, but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;

(5) to bodily injury or property damage arising out of construction or demolition operations, within 50 feet of any railroad property, and affecting any railroad bridge or trestle, tracks, road beds, tunnel, underpass or crossing; but this exclusion does not apply to sidetrack agreements.

(C) The following exclusions applicable to Coverages A (Bodily Injury) and B (Property Damage) do not apply to this Contractual Liability Coverage: (b), (c) (2), (d) and (e).

(D) The following additional condition applies:
**Arbitration**
The company shall be entitled to exercise all of the insured's rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

**II. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY COVERAGE**

(A) The company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of personal injury or advertising injury to which this insurance applies, sustained by any person or organization and arising out of the conduct of the named insured's business, within the policy territory, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such injury, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

(B) This insurance does not apply:

(1) to liability assumed by the insured under any contract or agreement;

(2) to personal injury or advertising injury arising out of the wilful violation of a penal statute or ordinance committed by or with the knowledge or consent of the insured;

(3) to personal injury or advertising injury arising out of a publication or utterance of a libel or slander, or a publication or utterance in violation of an individual's right of privacy, if the first injurious publication or utterance of the same or similar material by or on behalf of the named insured was made prior to the effective date of this insurance;

(4) to personal injury or advertising injury arising out of libel or slander or the publication or utterance of defamatory or disparaging material concerning any person or organization or goods, products or services, or in violation of an individual's right of privacy, made by or at the direction of the insured with knowledge of the falsity thereof;

(5) to personal injury or advertising injury arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in the declarations of the policy as a named insured;

(6) to advertising injury arising out of

(a) failure of performance of contract, but this exclusion does not apply to the unauthorized appropriation of ideas based upon alleged breach of implied contract, or

(b) infringement of trademark, service mark or trade name, other than titles or slogans, by use thereof on or in connection with goods, products or services sold, offered for sale or advertised, or

(c) incorrect description or mistake in advertised price of goods, products or services sold, offered for sale or advertised;

(7) with respect to advertising injury

(a) to any insured in the business of advertising, broadcasting, publishing or telecasting, or

(b) to any injury arising out of any act committed by the insured with actual malice.

(C) **Limits of Liability**
Regardless of the number of (1) insureds hereunder, (2) persons or organizations who sustain injury or damage, or (3) claims made or suits brought on account of personal injury or advertising injury, the total limit of the company's liability under this coverage for all damages shall not exceed the limit of liability stated in this endorsement as "aggregate".

(D) **Additional Definitions**
"Advertising Injury" means injury arising out of an offense committed during the policy period occurring in the course of the named insured's advertising activities, if such injury arises out of libel, slander, defamation, violation of right of privacy, piracy, unfair competition, or infringement of copyright, title or slogan.
"Personal Injury" means injury arising out of one or more of the following offenses committed during the policy period:

1. false arrest, detention, imprisonment, or malicious prosecution;

2. wrongful entry or eviction or other invasion of the right of private occupancy;

3. a publication or utterance
(a) of a libel or slander or other defamatory or disparaging material, or
(b) in violation of an individual's right of privacy;
except publications or utterances in the course of or related to advertising, broadcasting, publishing or telecasting activities conducted by or on behalf of the named insured shall not be deemed personal injury.

**III. PREMISES MEDICAL PAYMENTS COVERAGE**

The company will pay to or for each person who sustains bodily injury caused by accident all reasonable medical expense incurred within one year from the date of the accident on account of such bodily injury, provided such bodily injury arises out of (a) a condition in the insured premises or (b) operations with respect to which the named insured is afforded coverage for bodily injury liability under the policy.

This insurance does not apply:
(A) to bodily injury

(1) arising out of the ownership, maintenance, operation, use, loading or unloading of

(a) any automobile or aircraft owned or operated by or rented or loaned to any insured, or

(b) any other automobile or aircraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to the parking of an automobile on the insured premises, if such automobile is not owned by or rented or loaned to any insured;

(2) arising out of

(a) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity, or

(b) the operation or use of any snowmobile or trailer designed for use therewith;

(i) owned or operated by or rented or loaned to any insured, or
(ii) operated by any person in the course of his employment by any insured;

(3) arising out of the ownership, maintenance, operation, use, loading or unloading of

(a) any watercraft owned or operated by or rented or loaned to any insured, or

(b) any other watercraft operated by any person in the course of his employment by any insured;

but this exclusion does not apply to watercraft while ashore on the insured premises;

(over)

(4) arising out of and in the course of the transportation, maintenance, operation or use, loading or unloading of any mobile equipment or an automobile owned or operated by or rented or loaned to the named insured;

(B) to bodily injury

(1) included within the completed operations hazard or the products hazard;

(2) arising out of operations performed for the named insured by independent contractors other than
(a) maintenance and repair of the insured premises, or
(b) structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) resulting from the selling, serving or giving of any alcoholic beverage
(a) in violation of any statute, ordinance or regulation,
(b) to a minor,
(c) to a person under the influence of alcohol, or
(d) which causes or contributes to the intoxication of any person, if the named insured is a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or if not so engaged, is an owner or lessor of premises used for such purposes, but only part (a) of this exclusion (B) (3) applies when the named insured is such an owner or lessor;

(4) due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(C) to bodily injury

(1) to the named insured, any partner thereof, any tenant or other person regularly residing on the insured premises or any employee of any of the foregoing if the bodily injury arises out of and in the course of his employment therewith;

(2) to any other tenant if the bodily injury occurs on that part of the insured premises rented from the named insured or to any employee of such a tenant if the bodily injury occurs on the tenant's part of the insured premises and arises out of and in the course of his employment for the tenant;

(3) to any person while engaged in maintenance and repair of the insured premises or alteration, demolition or new construction at such premises;

(4) to any person if any benefits for such bodily injury are payable or required to be provided under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(5) to any person practicing, instructing or participating in any physical training, sport, athletic activity or contest whether on a formal or informal basis;

(6) if the named insured is a club, to any member of the named insured;

(7) if the named insured is a hotel, motel, or tourist court, to any guest of the named insured;

(D) to any medical expense for services by the named insured, any employee thereof or any person or organization under contract to the named insured to provide such services.

## LIMITS OF LIABILITY

The limit of liability for Premises Medical Payments Coverage is $1,000 each person unless otherwise stated in the schedule of this endorsement. The limit of liability applicable to "each person" is the limit of the company's liability for all medical expense for bodily injury to any one person as the result of any one accident, but subject to the above provision respecting "each person", the total liability of the company under Premises Medical Payments Coverage for all medical expense for bodily injury to two or more persons as the result of any one accident shall not exceed the limit of bodily injury liability stated in the policy as applicable to "each occurrence".

When more than one medical payments coverage afforded by the policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability.

## ADDITIONAL DEFINITIONS

When used herein:

"insured premises" means all premises owned by or rented to the named insured with respect to which the named insured is afforded coverage for bodily injury liability under this policy, and includes the ways immediately adjoining on land;

"medical expense" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services.

## ADDITIONAL CONDITION

Medical Reports; Proof and Payment of Claim

As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and the payment shall reduce the amount payable hereunder for such injury. Payment hereunder shall not constitute an admission of liability of any person or, except hereunder, of the company.

## IV. HOST LIQUOR LAW LIABILITY COVERAGE

Exclusion (h) does not apply with respect to liability of the insured or his indemnitee arising out of the giving or serving of alcoholic beverages at functions incidental to the named insured's business, provided the named insured is not engaged in the business of manufacturing, distributing, selling or serving of alcoholic beverages.

## V. FIRE LEGAL LIABILITY COVERAGE—REAL PROPERTY

With respect to property damage to structures or portions thereof rented to or leased to the named insured, including fixtures permanently attached thereto, if such property damage arises out of fire

(A) All of the exclusions of the policy, other than the Nuclear Energy Liability Exclusion (Broad Form), are deleted and replaced by the following:
This insurance does not apply to liability assumed by the insured under any contract or agreement.

(B) The limit of property damage liability as respects this Fire Legal Liability Coverage—Real Property is $50,000 each occurrence unless otherwise stated in the Schedule of this endorsement.

(C) The Fire Legal Liability Coverage—Real Property shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof), available to the insured, such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the Other Insurance Condition of the policy is amended accordingly.

## VI. BROAD FORM PROPERTY DAMAGE LIABILITY COVERAGE (Including Completed Operations)

The insurance for property damage liability applies, subject to the following additional provisions:

(A.) Exclusions (k) and (o) are replaced by the following:

except with respect to liability under a written sidetrack agreement or the use of elevators
(1) to property while on premises owned by or rented to the insured for the purpose of having operations performed on such property by or on behalf of the insured, or
(2) except with respect to liability under a written sidetrack agreement or the use of elevators
(a) to property while on premises owned by or rented to the insured for the purpose of having operations performed on such property by or on behalf of the insured,
(b) to tools or equipment while being used by the insured in performing his operations,
(c) to property in the custody of the insured which is to be installed, erected or used in construction by the insured,
(d) to that particular part of any property, not on premises owned by or rented to the insured,
(i) upon which operations are being performed by or on behalf of the insured at the time of the property damage arising out of such operations, or
(ii) out of which any property damage arises, or
(iii) the restoration, repair or replacement of which has been made or is necessary by reason of faulty workmanship thereon by or on behalf of the insured;
(3) with respect to the completed operations hazard and with respect to any classification stated in the policy or in the company's manual as "including completed operations", to property damage to work performed by the named insured arising out of such work or any portion thereof, or out of such materials, parts or equipment furnished in connection therewith.

(B.) The Broad Form Property Damage Liability Coverage shall be excess insurance over any valid and collectible property insurance (including any deductible portion thereof) available to the insured, such as, but not limited to, Fire, Extended Coverage, Builder's Risk Coverage or Installation Risk Coverage, and the Other Insurance Condition of the policy is amended accordingly.

## VII. INCIDENTAL MEDICAL MALPRACTICE LIABILITY COVERAGE

The definition of bodily injury is amended to include Incidental Medical Malpractice Injury.

Incidental Medical Malpractice Injury means injury arising out of the rendering of or failure to render, during the policy period, the following services:

(A) medical, surgical, dental, x-ray or nursing service or treatment or the furnishing of food or beverages in connection therewith; or

(B) the furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

This coverage does not apply to:

(1) expenses incurred by the insured for first-aid to others at the time of an accident and the "Supplementary Payments" provision and the "Insured's Duties in the Event of Occurrence, Claim or Suit" Condition are amended accordingly;

(2) any insured engaged in the business or occupation of providing any of the services described under VII (A) and (B) above;

(3) injury caused by any indemnitee if such indemnitee is engaged in the business or occupation of providing any of the services described under VII (A) and (B) above.

## VIII. NON-OWNED WATERCRAFT LIABILITY COVERAGE (under 26 feet in length)

Exclusion (e) does not apply to any watercraft under 26 feet in length provided such watercraft is neither owned by the named insured nor being used to carry persons or property for a charge.

Where the insured is, irrespective of this coverage, covered or protected against any loss or claim which would otherwise have been paid by the company under this endorsement, there shall be no contribution or participation by this company on the basis of excess, contributing, deficiency, concurrent, or double insurance or otherwise.

## IX. LIMITED WORLDWIDE LIABILITY COVERAGE

The definition of policy territory is amended to include the following:
4. Anywhere in the world with respect to bodily injury, property damage, personal injury or advertising injury arising out of the activities of any insured permanently domiciled in the United States of America though temporarily outside the United States of America, its territories and possessions or Canada, provided the original suit for damages because of any such injury or damage is brought within the United States of America, its territories or possessions or Canada.

Such insurance as is afforded by paragraph 4. above shall not apply:
(a) to bodily injury or property damage included within the completed operations hazard or the products hazard;
(b) to Premises Medical Payments Coverage.

## X. ADDITIONAL PERSONS INSURED

As respects bodily injury, property damage and personal injury and advertising injury coverages, under the provision "Persons Insured", the following are added as insureds:

(A) Spouse—Partnership—If the named insured is a partnership, the spouse of a partner but only with respect to the conduct of the business of the named insured;

(B) Employee—Any employee (other than executive officers) of the named insured while acting within the scope of his duties as such, but the insurance afforded to such employee does not apply:
(1) to bodily injury or personal injury to another employee of the named insured arising out of or in the course of his employment;
(2) to personal injury or advertising injury to the named insured or, if the named insured is a partnership or joint venture, any partner or member thereof, or the spouse of any of the foregoing;
(3) to property damage to property owned, occupied or used by, rented to, in the care, custody or control of or over which physical control is being exercised for any purpose by another employee of the named insured, or by the named insured or, if the named insured is a partnership or joint venture, by any partner or member thereof or by the spouse of any of the foregoing.

## XI. EXTENDED BODILY INJURY COVERAGE

The definition of occurrence includes any intentional act by or at the direction of the insured which results in bodily injury, if such injury arises solely from the use of reasonable force for the purpose of protecting persons or property.

## XII. AUTOMATIC COVERAGE—NEWLY ACQUIRED ORGANIZATIONS (90 DAYS)

The word insured shall include as named insured any organization which is acquired or formed by the named insured and over which the named insured maintains ownership or majority interest, other than a joint venture, provided this insurance does not apply to bodily injury, property damage, personal injury or advertising injury with respect to which such new organization under this policy is also an insured under any other similar liability or indemnity policy or would be an insured under any such policy but for exhaustion of its limits of liability. The insurance afforded hereby shall terminate 90 days from the date any such organization is acquired or formed by the named insured.


AUTHENTIC

(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**LIABILITY**

GL 99 17 (Ed. 03 81)

**AMENDMENT — LIMITS OF LIABILITY**

(Single Limit)

(Individual Coverage Aggregate Limit)

L 6108
(Ed. 3-81)

---

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

**COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE**

**CONTRACTUAL LIABILITY INSURANCE**

**MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE**

**OWNERS' AND CONTRACTORS' PROTECTIVE LIABILITY INSURANCE**

**OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE**

---

This endorsement, effective   September 30, 1984   , forms a part of policy No.   GLA 194 00 11 RA

(12:01 A.M., standard time)

issued to   **GRIFFITH Laboratories, Inc.**

by   **National Union Fire Insurance Company of Pittsburgh, Pa.**

*James A. Fowler*

Authorized Representative

**SCHEDULE**

| Coverages | Limits of Liability | |
|---|---|---|
| Bodily Injury Liability and Property Damage Liability | $ 1,000 | ,000 each **occurrence** |
|  | $ 1,000 | ,000 aggregate |

It is agreed that the provisions of the policy captioned "LIMITS OF LIABILITY" relating to Bodily Injury Liability and Property Damage Liability are amended to read as follows:

**LIMITS OF LIABILITY**

Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, or (3) claims made or suits brought on account of **bodily injury** or **property damage**, the company's liability is limited as follows:

**Bodily Injury Liability and Property Damage Liability:**

(a) The limit of liability stated in the Schedule of this endorsement as applicable to "each **occurrence**" is the total limit of the company's liability for all damages including damages for care and loss of services because of **bodily injury** and **property damage** sustained by one or more persons or organizations as a result of any one **occurrence**, provided that with respect to any **occurrence** for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for Bodily Injury Liability and Property Damage Liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the company's liability.

(b) Subject to the above provision respecting "**each occurrence**", the total liability of the company for all damages because of all **bodily injury** and **property damage** which occurs during each annual period while this policy is in force commencing from its effective date and which is described in any of the numbered subparagraphs below shall not exceed the limit of liability stated in the Schedule of this endorsement as "aggregate":

(1) all **property damage** arising out of premises or operations rated on a remuneration basis or Contractor's equipment rated on a receipts basis, including **property damage** for which liability is assumed under any **incidental contract** relating to such premises or operations, but excluding **property damage** included in subparagraph (2) below;

(2) all **property damage** arising out of and occurring in the course of operations performed for the **named insured** by independent contractors and general supervision thereof by the **named insured**, including any such **property damage** for which liability is assumed under any **incidental contract** relating to such operations, but this subparagraph (2) does not include **property damage** arising out of maintenance or repairs at premises owned by or rented to the **named insured** or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) if Products — Completed Operations insurance is afforded, all **bodily injury** and **property damage** included within the **completed operations hazard** and all **bodily injury** and **property damage** included within the **products hazard**;

(4) if Contractual Liability Insurance is afforded, all **property damage** for which liability is assumed under any contract to which the Contractual Liability Insurance applies.

Such aggregate limit shall apply separately:

(i) to the **property damage** described in subparagraphs (1) and (2) and separately with respect to each project away from premises owned by or rented to the **named insured**;

(ii) to the sum of the damages for all **bodily injury** and **property damage** described in subparagraph (3); and

(iii) to the **property damage** described in subparagraph (4) and separately with respect to each project away from premises owned by or rented to the **named insured**.

(c) For the purpose of determining the limit of the company's liability, all **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general condition shall be considered as arising out of one **occurrence**.



(The Attaching Clause need be completed only when this endorsement is issued  subsequent to preparation of the policy.)

LIABILITY

GL 20 11 (Ed. 07 66)
G 109

L 9109
(Ed. 7-66)

### ADDITIONAL INSURED
(Premises Leased to the Named Insured)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**
**MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE**
**OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE**
**STOREKEEPER'S INSURANCE**

This endorsement, effective    September 30, 1984    , forms a part of policy No.  GLA 194 00 11 RA
(12:01 A. M., standard time)

issued to    Griffith Laboratories, Inc.

by    National Union Fire Insurance Company of Pittsburgh, Pa.

_James A. Fowler_
Authorized Representative

### SCHEDULE

| Premiums | | | |
|---|---|---|---|
| Bodily Injury Liability | Property Damage Liability | Designation of Premises (Part Leased to Named Insured) | Name of Person or Organization (Additional Insured) |
| Incl. | Incl. | As May Appear | As May Appear |

It is agreed that the "Persons Insured" provision is amended to include as an **insured** the person or organization designated above, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises designated above leased to the **named insured**, and subject to the following additional exclusions:

The insurance does not apply:

1. to any **occurrence** which takes place after the **named insured** ceases to be a tenant in said premises;
2. to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated above.



(The Attaching Clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**LIABILITY**

GL 20 15 (Ed. 07 66)

G 113

**ADDITIONAL INSURED**

(Vendors—Broad Form)

**L 9113a**
(Ed. 7-66)

| This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following: |
|---|
| **COMPREHENSIVE GENERAL LIABILITY INSURANCE** |
| **COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE** |

This endorsement, effective    September 30, 1984        , forms a part of policy No. GLA 194 00 11 RA
(12:01 A. M., standard time)

issued to    **Griffith Laboratories, Inc.**

by     National Union Fire Insurance Company of Pittsburgh, Pa.

_____
               Authorized Representative

**SCHEDULE**

Name of Vendor(s)                                      Description of Product(s)

All Vendors used by the Named Insured.

It is agreed that the "Persons Insured" provision is amended to include any person or organization designated above (herein referred to as "vendor"), as an **insured**, but only with respect to the distribution or sale in the regular course of the vendor's business of the **named insured's products** designated above subject to the following additional provisions:

1. The insurance with respect to the vendor does not apply to:

   (a) any express warranty unauthorized by the **named insured**;

   (b) **bodily injury** or **property damage** arising out of

      (i) any physical or chemical change in the form of the product made intentionally by the vendor,

      (ii) repacking, unless unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instruction from the manufacturer and then repacked in the original container,

      (iii) demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product, or

      (iv) products which after distribution or sale by the **named insured** have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. The insurance does not apply to any person or organization, as **insured**, from whom the **named insured** has acquired such products or any ingredient, part or container, entering into, accompanying or containing such products.



COVERAGE PART

L 6394a
(Ed. 1-73)

## COMPREHENSIVE GENERAL LIABILITY INSURANCE

For attachment to Policy No. GLA 194 00 11 RA to complete said policy.

### ADDITIONAL DECLARATIONS

Location of all premises owned by, rented to or controlled by the named insured (ENTER ''SAME'' IF SAME LOCATION AS ADDRESS SHOWN IN ITEM 1 OF DECLARATIONS)

Interest of named insured in such premises (CHECK BELOW)

☐ Owner  ☐ General Lessee  ☐ Tenant  ☐ Other

Part occupied by named insured (ENTER BELOW)

The following discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein.

### SCHEDULE

The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

| Advance Premiums | Limits of Liability | | Coverages |
|---|---|---|---|
| | each occurrence | aggregate | |
| $ 29,523 | $ See Endt. | $ L6108 | A—Bodily Injury Liability |
| $ 16,665 | $ | $ | B—Property Damage Liability |
| $ | | | Form numbers of endorsements attached at issue |
| $ 46,188 | Total Advance Premium | L9282, L9109, L9113 | |

### General Liability Hazards

| Advance Premiums | | Rates | | Premium Bases | Code No. | Description of Hazards |
|---|---|---|---|---|---|---|
| Bodily Injury | Property Damage | B.I. | P.D. | | | |
| | Included | In | Composite | Rate | | Premises - Operations Endorsement |
| | | | | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration (d) Per $100 of Receipts (e) Per Unit (f) Per 100 Admissions | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration (d) Receipts (e) Units (f) Admissions |
| Included | Included | | | Per Landing | Number Insured | Escalators (Number at Premises) |
| Included | Included | | | Per $100 of Cost | Cost | Independent Contractors |
| Included | Included | | | (a) Per $1,000 of Receipts | (a) Receipts | Completed Operations |
| Included | Included | | | (b) Per $1,000 of Sales | (b) Sales | Products |
| $29,523 | $ 16,665 | | | Total Advance B.I. and P.D. Premiums | | |

When used as a premium basis:

1. **"admissions"** means the total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes;

2. **"cost"** means the total cost to the named insured with respect to operations performed for the named insured during the policy period by independent contractors of all work let or sublet in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due;

3. **"receipts"** means the gross amount of money charged by the named insured for such operations performed by the named insured or by others during the policy period as are rated on a receipts basis other than receipts from telecasting, broadcasting or motion pictures, and includes taxes, other than taxes which the named insured collects as a separate item and remits directly to a governmental division;

4. **"remuneration"** means the entire remuneration earned during the policy period by proprietors and by all employees of the named insured, other than chauffeurs (except operators of mobile equipment) and aircraft pilots and co-pilots, subject to any overtime earnings or limitation of remuneration rule applicable in accordance with the manuals in use by the company;

5. **"sales"** means the gross amount of money charged by the named insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the named insured and such others collect as a separate item and remit directly to a governmental division.

(over)

## I. COVERAGE A—BODILY INJURY LIABILITY
## COVERAGE B—PROPERTY DAMAGE LIABILITY

The Company will pay on behalf of the insured all sums which the insured shall become legally obligated to pay as damages because of

### A. bodily injury or
### B. property damage

to which this insurance applies, caused by an occurrence, and the company shall have the right and duty to defend any suit against the insured seeking damages on account of such bodily injury or property damage, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to liability assumed by the insured under any contract or agreement except an incidental contract; but this exclusion does not apply to a warranty of fitness or quality of the named insured's products or a warranty that work performed by or on behalf of the named insured will be done in a workmanlike manner;

(b) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
(1) any automobile or aircraft owned or operated by or rented or loaned to any insured, or
(2) any other automobile or aircraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to the parking of an automobile on premises owned by, rented to or controlled by the named insured or the ways immediately adjoining, if such automobile is not owned by or rented or loaned to any insured;

(c) to bodily injury or property damage arising out of (1) the ownership, maintenance, operation, use, loading or unloading of any mobile equipment while being used in any prearranged or organized racing, speed or demolition contest or in any stunting activity or in practice or preparation for any such contest or activity or (2) the operation or use of any snowmobile or trailer designed for use therewith;

(d) to bodily injury or property damage arising out of and in the course of the transportation of mobile equipment by an automobile owned or operated by or rented or loaned to any insured;

(e) to bodily injury or property damage arising out of the ownership, maintenance, operation, use, loading or unloading of
(1) any watercraft owned or operated by or rented or loaned to any insured, or
(2) any other watercraft operated by any person in the course of his employment by any insured;
but this exclusion does not apply to watercraft while ashore on premises owned by, rented to or controlled by the named insured;

(f) to bodily injury or property damage arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any water course or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental;

(g) to bodily injury or property damage due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to
(1) liability assumed by the insured under an incidental contract, or
(2) expenses for first aid under the Supplementary Payments provision;

(h) to bodily injury or property damage for which the insured or his indemnitee may be held liable
(1) as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages, or
(2) if not so engaged, as an owner or lessor of premises used for such purposes,
if such liability is imposed
(i) by, or because of the violation of, any statute, ordinance or regulation pertaining to the sale, gift, distribution or use of any alcoholic beverage, or
(ii) by reason of the selling, serving or giving of any alcoholic beverage to a minor or to a person under the influence of alcohol or which causes or contributes to the intoxication of any person;
but part (ii) of this exclusion does not apply with respect to liability of the insured or his indemnitee as an owner or lessor described in (2) above;

(i) to any obligation for which the insured or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(j) to bodily injury to any employee of the insured arising out of and in the course of his employment by the insured or to any obligation of the insured to indemnify another because of damages arising out of such injury; but this exclusion does not apply to liability assumed by the insured under an incidental contract;

(k) to property damage to
(1) property owned or occupied by or rented to the insured,
(2) property used by the insured, or
(3) property in the care, custody or control of the insured or as to which the insured is for any purpose exercising physical control;
but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to property damage (other than to elevators) arising out of the use of an elevator at premises owned by, rented to or controlled by the named insured;

(l) to property damage to premises alienated by the named insured arising out of such premises or any part thereof;

(m) to loss of use of tangible property which has not been physically injured or destroyed resulting from
(1) a delay in or lack of performance by or on behalf of the named insured of any contract or agreement, or
(2) the failure of the named insured's products or work performed by or on behalf of the named insured to meet the level of performance, quality, fitness or durability warranted or represented by the named insured; but this exclusion does not apply to loss of use of other tangible property resulting from the sudden and accidental physical injury to or destruction of the named insured's products or work performed by or on behalf of the

---

named insured after such products or work have been put to use by any person or organization other than an insured;

(n) to property damage to the named insured's products arising out of such products or any part of such products;

(o) to property damage to work performed by or on behalf of the named insured arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(p) to damages claimed for the withdrawal, inspection, repair, replacement, or loss of use of the named insured's products or work completed by or for the named insured or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(q) to property damage included within
(1) the explosion hazard in connection with operations identified in this policy by a classification code number which includes the symbol "x",
(2) the collapse hazard in connection with operations identified in this policy by a classification code number which includes the symbol "c",
(3) the underground property damage hazard in connection with operations identified in this policy by a classification code number which includes the symbol "u".

## II. PERSONS INSURED

Each of the following is an insured under this insurance to the extent set forth below:

(a) if the named insured is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor, and the spouse of the named insured with respect to the conduct of such a business;

(b) if the named insured is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the named insured is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the named insured) or organization while acting as real estate manager for the named insured; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of mobile equipment registered under any motor vehicle registration law,
(i) an employee of the named insured while operating any such equipment in the course of his employment, and
(ii) any other person while operating with the permission of the named insured any such equipment registered in the name of the named insured and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;
provided that no person or organization shall be an insured under this paragraph (e) with respect to:
(1) bodily injury to any fellow employee of such person injured in the course of his employment, or
(2) property damage to property owned by, rented to, in charge of or occupied by the named insured or the employer of any person described in subparagraph (ii).

This insurance does not apply to bodily injury or property damage arising out of the conduct of any partnership or joint venture of which the insured is a partner or member and which is not designated in this policy as a named insured.

## III. LIMITS OF LIABILITY

Regardless of the number of (1) insureds under this policy, (2) persons or organizations who sustain bodily injury or property damage, or (3) claims made or suits brought on account of bodily injury or property damage, the company's liability is limited as follows:

**Coverage A**—The total liability of the company for all damages, including damages for care and loss of services, because of bodily injury sustained by one or more persons as the result of any one occurrence shall not exceed the limit of bodily injury liability stated in the schedule as applicable to "each occurrence".
Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of (1) all bodily injury included within the completed operations hazard and (2) all bodily injury included within the products hazard shall not exceed the limit of bodily injury liability stated in the schedule as "aggregate".

**Coverage B**—The total liability of the company for all damages because of all property damage sustained by one or more persons or organizations as the result of any one occurrence shall not exceed the limit of property damage liability stated in the schedule as applicable to "each occurrence".
Subject to the above provision respecting "each occurrence", the total liability of the company for all damages because of all property damage to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of property damage liability stated in the schedule as "aggregate":
(1) all property damage arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including property damage for which liability is assumed under any incidental contract relating to such premises or operations, but excluding property damage included in subparagraph (2) below;
(2) all property damage arising out of and occurring in the course of operations performed for the named insured by independent contractors and general supervision thereof by the named insured, including any such property damage for which liability is assumed under any incidental contract relating to such operations, but this subparagraph (2) does not include property damage arising out of maintenance or repairs at premises owned by or rented to the named insured or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;
(3) all property damage included within the products hazard and all property damage included within the completed operations hazard.
Such aggregate limit shall apply separately to the property damage described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the named insured.

**Coverages A and B**—For the purpose of determining the limit of the company's liability, all bodily injury and property damage arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV. POLICY TERRITORY

This insurance applies only to bodily injury or property damage which occurs within the policy territory.


AUTHENTIC

ENDORSEMENT     #2

This endorsement, effective _____ 12:01 A. _____ . M. September 30, 1984 _____ forms a part

of Policy No. __ GLA 194 00 11 RA _____ issued to Griffith Laboratories, Inc. _____

by __ National Union Fire Insurance Company of Pittsburgh, Pa. _____

### Additional Declarations

### EMPLOYEE BENEFITS LIABILITY INSURANCE

| COVERAGE | LIMIT OF LIABILITY | | DEDUCTIBLE | |
|---|---|---|---|---|
| Employee Benefits Liability Insurance | $ 1,000,000 | Each Occurrence | | |
| | $ 1,000,000 | Annual Aggregate | $ 1,000 | Each Occurrence |

### PREMIUM COMPUTATION

| Est. No. of Employees | Rate Per Employee | | Advance Premium | |
|---|---|---|---|---|
| TBD | First 5,000 | Incl. | $ | Incl. in |
| | Next 5,000 | Incl. | $ | Composite |
| | Over 10,000 | Incl. | $ | Rate Endt. |
| | Total Advance Premium | | $ | Included |

In consideration of the payment of the premium, this Company agrees with the Insured named in the Declarations to afford the coverage set forth herein. The other terms, conditions and limits of liability in other sections of the policy to which this endorsement is attached shall not apply to insurance afforded hereunder.

### INSURING AGREEMENTS

**1. Employee Benefits Liability**

The Company will indemnify the Insured for all sums which the Insured shall become legally obligated to pay as damages because of any claim made against the Insured due to any negligent act, error or omission of the Insured, or any other person for whose acts the Insured is legally liable, in the administration of the Insured's Employee Benefits Programs, as defined herein, and this Company shall have the right and duty to defend any suit against the Insured seeking damages on account of such negligent act, error or omission, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient; but this Company shall not be obligated to defend any suit after the applicable limit of this Company's liability has been exhausted by payment of judgments or settlements.

### DEFINITIONS

**1. Definition of "Insured"**

With respect to the insurance afforded by this endorsement the unqualified word "Insured" includes the Named Insured; provided that (a) if the Named Insured is designated as an individual, the insurance applies only to the conduct of a business of which he is the sole proprietor and (b) the unqualified word "Insured" also includes the following:

   (i)   if the Named Insured is or includes a partnership or joint venture, any partner or member thereof but only with respect to his liability as such;

   (ii)  any executive officer, director or stockholder of the Named Insured while acting within the scope of his duties as such;

   (iii) any employee, provided such employee is authorized to act in the administration of the Named Insured's Employee Benefits Programs.

**2. "Employee Benefits Programs"**

The term "Employee Benefits Programs" means (a) group life insurance, group accident or health insurance, profit sharing plans, pension plans, employee stock subscription plans, workmen's compensation, unemployment insurance, social benefits, disability benefits, and (b) any other similar employee benefits instituted after the effective date of this endorsement provided this Company is notified within thirty days after the institution of such benefits.

**3. "Administration"**

The unqualified word "administration" wherever used shall mean:

   (a)  Giving counsel to employees with respect to the Employee Benefits Programs;

   (b)  Interpreting the Employee Benefits Programs;

   (c)  Handling of records in connection with the Employee Benefits Programs;

   (d)  Effective enrollment, termination or cancellation of employees under the Employee Benefits Programs; provided all such acts are authorized by the Named Insured.

**4. "Occurrence"**

The word "occurrence" shall mean any negligent act, error or omission of the Insured in the Administration (as defined herein) of the Insured's Employee Benefits Program (as defined herein) occurring during the term of coverage provided by this endorsement.

## EXCLUSIONS

This endorsement does not apply to:

1. any dishonest, fraudulent, criminal or malicious act, libel, slander, discrimination or humiliation;

2. bodily injury to or sickness, disease or death, of any person, or to injury to or destruction of any tangible property, including the loss of use thereof;

3. any claim for failure of performance of contract by an insurer;

4. any claim based upon the Insured's failure to comply with any law concerning workmen's compensation, unemployment insurance, social security or disability benefits;

5. any claim based upon:

   (a)   failure of stock to perform as represented by an Insured;

   (b)   advice given by an Insured to an employee to participate or not to participate in stock subscription plans.

6. all sums which the Insured shall become legally obligated to pay as loss because of any Breach of Fiduciary Duty (as defined below) or because of any Breach of Fiduciary Duty by any other person for which the Insured is legally responsible and arising out of the Insured's activity as a fiduciary of any Plan covered by this endorsement. The term "Breach of Fiduciary Duty" shall mean the violation of any of the responsibilities, obligations of duties imposed upon fiduciaries by the EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974 or amendments thereto with respect to any Plan covered by this endorsement.

7. any claim made against the Insured based on or attributable to any failure or omission on the part of the Insured to effect and maintain insurance or bonding for Plan Property or Assets.

## CONDITIONS

1. **Application of this Endorsement**

   This endorsement applies to damages resulting from claim or suit brought against the Insured during the endorsement period, provided the Insured, at the effective date of this endorsement, had no knowledge or could not have reasonably foreseen any circumstances which might result in a claim or suit.

2. **Limits of Liability**

   Regardless of the number of (a) Insureds under under this policy (b) persons who sustain damage, or (c) claims made or suits brought for such damage; the limit of liability stated in the Additional Declarations as applicable to "each occurrence" is the limit of this Company's liability for all damages incurred on account of any claim covered hereunder; the limit of liability stated in the Additional Declarations as "annual aggregate" is, subject to the above provision respecting each claim, the total limit of this Company's liability for all claims covered hereunder and occurring during each annual period this endorsement is in force.

3. **Premium**

   The premium stated in the Additional Declarations is an estimated premium only. Upon termination of each annual period of this endorsement the Insured, on request, will furnish this Company a statement of the total number of employees at the end of the period. The earned premium shall be computed on the average of the number of employees at the end of the coverage period and that stated in the Additional Declarations. If the earned premium thus computed exceeds the estimated premium paid, the Insured shall pay the excess to this Company; if less, this Company shall return to the Insured the unearned portion paid by such Insured.

4. **Deductible**

   The deductible amount indicated in the Additional Declarations shall be subtracted from the total amount of all sums which this Company is obligated to pay or incur on behalf of the Insured on account of each occurrence. This Company shall be liable only for the difference between each deductible amount and the limit of this Company's liability for each occurrence as stated in the Additional Declarations. The terms of this endorsement including those with respect to notice of claim or suit and this Company's right to investigate and negotiate any such claim or suit, apply irrespective of the application of the deductible amount.

5. **Other Insurance**

   With respect to negligent acts, errors or omissions which occur prior to the effective date of this endorsement, the insurance hereunder shall apply only as excess insurance over any other valid and collectible insurance and shall then apply only in the amount by which the applicable limit of liability of this endorsement exceeds the sum of the applicable limits of liability of all such other insurance.

6. **Conformity with Statute**

   Terms of this endorsement which are in conflict with the statutes of the State wherein this endorsement is issued are hereby amended to conform to such statutes.

_James E. Towler_
Authorized Representative

**ENDORSEMENT** #3

This endorsement, effective        12:01 A.    M.   September 30, 1984        forms a part of

policy No. GLA 194 00 11 RA        issued to  Griffith Laboratories, Inc.

by     National Union Fire Insurance Company of Pittsburgh, Pa.


        Item 1 - Named Insured

        Griffith Laboratories U.S.A., Inc.
        Griffith Laboratories, Inc.

        "Named Insured" means the organization, including any
        subsidiary thereof, named in item 1 of the declarations
        and also includes any other company which is acquired
        or formed by the named insured during the policy period
        and over which the named insured maintains ownership
        or financial control, provided this insurance does not
        apply to any such newly acquired or formed company
        which is an insured under any other liability or
        indemnity policy or would be an insured under any such
        policy but for its termination upon exhaustion of its
        limits of liability.  Such insurance as may be afforded
        and newly acquired or formed company shall terminate
        within sixty days of its acquisition of formation unless
        reported to the company within said sixty days.

*James A. Fowler*
_____
                              Authorized Representative

### ENDORSEMENT   #4

This endorsement, effective        12:01 A.   M.   September 30, 1984        forms a part of

policy No. GLA 194 00 11 RA        issued to  Griffith Laboratories, Inc.

by    National Union Fire Insurance Company of Pittsburgh, Pa.


Section V111 Non-Owned Watercraft, of the Broad Form

Comprehensive General Liability endorsement #GLO404, is

Amended to exclude the 26 feet limitation.


*James A. Fowler*

Authorized Representative

ENDORSEMENT #5

This endorsement, effective   12:01 A.   M.  September 30, 1984          forms a part of

policy No.GLA 194 00 11RA      issued to       Griffith Laboratories, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.


FIRE AND EXPLOSION LEGAL LIABILITY COVERAGE

It is agreed that the Property Damage Liability Coverage applies to
Property Damage to structures or portions thereof not owned by the
Named Insured, but which are rented to or occupied by the Named Insured,
including fixtures permanently attached thereto, if such property damage
arises out of Fire and/or Explosion, subject to the following additional
provisions:

1.  with respect to the insurance provided by this endorsement all of
    the exclusions of the policy, other than the Nuclear Energy Exclusion
    (Broad Form), are replaced by the following:

    (a)  This insurance does not apply to Liability assumed by the
         Insured under any contract or agreement;

    (b)  Coverage for explosion afforded by this endorsement does
         not apply to property damage arising out of explosion of
         steam boilers, steam pipes, steam turbines or steam engines.

2.  The following is not explosion within the intent or meaning of
    explosion coverage afforded by this endorsement:

    Explosion arising out of vacugas operations or any gases used,
    stored, or handled in connection with such operations.


James A. Fowler
AUTHORIZED REPRESENTATIVE

**ENDORSEMENT**  #6

This endorsement, effective    12:01 A.   M.   September 30, 1984    forms a part of

policy No. GLA 194 OO 11 RA    issued to  Griffith Laboratories, Inc.

by    National Union Fire Insurance Company of Pittsburgh, Pa.


COMPREHENSIVE GENERAL LIABILITY COVERAGE IS PROVIDED FOR THE FOLLOWING

"That part of Lot 12 lying South of a line 150' South of and parallel with the
North Line of said Lot 12 and Chinquopin Hills, Being a subdivision of lots 9
to 16 both inclusive, in Stephenson Subdivision of the South Southeastern 1/4
of section 30, Township 37N Range 12, East Third Principal meridian in Cook
County, Illinois".


*James A. Fowler*

Authorized Representative

**ENDORSEMENT**   #7

This endorsement, effective        12:01 A.    M.    September 30, 1984           forms a part of

policy No. GLA 194 00 11 RA          issued to  Griffith Laboratories, Inc.

by     National Union Fire Insurance Company of Pittsburgh, Pa.

<u>ADDITIONAL INSURED</u>

It is understood and agreed that development authority of De Kalb
County and Trust Company Bank as Trustee is hereby added as an
additional insured relating to Industrial Revenue Bonds for
Construction of a plant addition in Lithonia, GA.

_James A. Fowler_

Authorized Representative

**ENDORSEMENT**   #8

This endorsement, effective        12:01 A.    M.    September 30, 1984        forms a part of

policy No. GLA 194 00 11 RA        issued to   Griffith Laboratories, Inc.

by     National Union Fire Insurance Company of Pittsburgh, Pa.

## ADDITIONAL INSURED

It is understood and agreed that Industrial Development Authority of
Wayne County, Missouri and Mercantile Trust Company, not individually
but as Trustee for Industrial Revenue Bonds, Series 1983, are added
as Additional Insureds with respects to the Manufacturing Plant in
Greenville, Missouri.

*James A. Fowler*

_____
Authorized Representative

**ENDORSEMENT** #9

This endorsement, effective 12:01 A. M. September 30, 1984 forms a part of

policy No. GLA 194 00 11 RA issued to Griffith Laboratories, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

ADDITIONAL INSURED

It is hereby agreed that LaSalle National Bank, not individually,
but as Trustee under Trust # 43922 its beneficiaries and agents,
as their interests may appear, is named as an additional insured.

_James A. Fowler_

Authorized Representative

## ENDORSEMENT   #10

This endorsement, effective        12:01 A.    M.   September 30, 1984            forms a part of

policy No. GLA 194 00 11 RA           issued to  Griffith Laboratories, Inc.

by      National Union Fire Insurance Company of Pittsburgh, Pa.


### ADDITIONAL INSURED

It is understood and agreed that the

         First National Leasing Corporation
         Box 456
         161 North Wisconsin Avenue
         Milwaukee, Wisconsin  53201

is an additional insured as their interest may appear in equipment
leased by them.


_James A. Fowler_

_____
                                        Authorized Representative

**ENDORSEMENT** #11

This endorsement, effective        12:01 A.    M.    September 30, 1984            forms a part of

policy No. GLA 194 00 11 RA            issued to Griffith Laboratories, Inc.

by      National Union Fire Insurance Company of Pittsburgh, Pa.

NOTICE OF CANCELLATION

It is agreed that in the event of cancellation of this policy, the
company shall give to the Named Insured at the address indicated in
the declarations    SIXTY (60)        days written notice of such
cancellation, except for non-payment of premium, wherein only ten
(10) days notice will be given.

_____
Authorized Representative

## ENDORSEMENT  #12

This endorsement, effective        12:01 A.    M.    September 30, 1984                    forms a part of

policy No. GLA 194 00 11 RA            issued to  Griffith Laboratories, Inc.

by      National Union Fire Insurance Company of Pittsburgh, Pa.

It is agreed that this policy is hereby amended as indicated.  All other terms
and conditions of this policy remain unchanged.

SUBJECT AND NON-SUBJECT PREMIUMS

It is agreed that, pursuant to the provisions of the Premium Agreement, the
following symbols, appearing in schedules or endorsements attached to and
forming part of this policy, designate premium subject or not subject to
adjustment under the Premium Agreement, as shown below:

|            PREMIUM                    |  SYMBOL |
|---------------------------------------|---------|
| Subject to Adjustment                 |    S    |
| Not Subject to Adjustment             |    E    |

_____
                                            Authorized Representative

ENDORSEMENT #13

This endorsement, effective 12:01 A. M. September 30, 1984 forms a part of

policy No. GLA 194 0011RA issued to Griffith Laboratories, Inc.

by National Union Fire Insurance Company of Pittsburgh, Pa.

COMPOSITE RATING PLAN
Premium Endorsement

It is agreed that the premium for the policy to which this endorsement is attached shall be computed upon a composite basis in accordance with the company's rules, rates, rating plans, premium and minimum premiums and the other terms of the policy.

When used as a premium basis:

| Sales | | Rate Per $1,000 Sales | | | Estimated Premium | | Deposit Premium | |
|---|---|---|---|---|---|---|---|---|
| | | BI | PD | | BI | PD | BI | PD |
| 165,163,000 | S | .1450 | .0820 | S | 23,949 | 13,543 | S 15,567 | 8,803 |
| | E | .0845 | .0476 | E | 13,956 | 7,862 | E 13,956 | 7,862 |

Nothing herein contained shall be held to waive, vary, alter or extend any condition or provision of the policy other than as above stated.

This endorsement is attached to the policy indicated above and is effective on the date stated herein at 12:01 A.M. standard time at the address of the insured as described in the declarations.

_James A. Fowler_
AUTHORIZED REPRESENTATIVE

## ENDORSEMENT  #14

This endorsement, effective        12:01 A.    M.   September 30, 1984        forms a part of

policy No. GLA 194 00 11 RA          issued to Griffith Laboratories, Inc.

by    National Union Fire Insurance Company of Pittsburgh, Pa.

### ADDITIONAL INSURED

It is understood and agreed that First National Leasing Corp.
is hereby added as an Additional Insured, but only as respects
to Equipment Leased to the Named Insured.

*James A. Fowler*

_____
Authorized Representative